USCA1 Opinion

 

 July 25, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1184 SAMUEL A. WILSON, JR., Plaintiff, Appellant, v. GEORGE VOSE, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Ronald R. Lagueux, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Lynch, Circuit Judges. ______________ ____________________ Samuel A. Wilson, Jr. on brief pro se. _____________________ Jeffrey B. Pine, Attorney General, and William M. Kolb, Special ________________ ________________ Assistant Attorney General, on brief for appellees George Vose, William Chang, Joseph Marocco and Sharon McMann. J. Renn Olenn and Olenn & Penza on brief for appellee William ______________ ______________ Chang, M.D. ____________________ ____________________ Per Curiam. Appellant Samuel Wilson, Jr., appeals __________ from the district court's sua sponte dismissal of his claim that prison officials were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. Finding appellant's claims of error to be without merit, we affirm substantially for the reasons given by the magistrate judge in his report and recommendation dated October 6, 1995, which the district court adopted as its decision. Affirmed. _________ -2-